IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN RAYMOND PETRE, SR. | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO.: 17-cv-01593 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW** this 19th day of February, 2019, upon consideration of the parties' submissions, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 15), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (Doc. No. 9) is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation;

3. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

4. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

/s/ Gerald Austin McHugh
_____
GERALD A. MCHUGH
U.S. District Court Judge